# NO. 12-15-00284-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
|  | § | *APPEAL FROM THE COUNTY* |
| *IN THE INTEREST OF D. R.,*<br>*A CHILD* | § | *COURT AT LAW* |
|  | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal, which is signed by Appellant and her counsel. The motion complies with Texas Rule of Appellate Procedure 42.1(a)(1). Accordingly, Appellant's motion to dismiss is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered December 30, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 30, 2015**

**NO. 12-15-00284-CV**

**IN THE INTEREST OF D. R., A CHILD,**

---

Appeal from the County Court at Law

of Anderson County, Texas (Tr.Ct.No. CCL-14-14382)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*